■ RYAN NICASTRO, Respondent, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMIR KITHCART, Appellant. [988 NYS2d 905]—Motion to dismiss granted. Memorandum: The matter is remitted to Onondaga County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.